United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02213-MJC |
| Sergey Raytsis | Chapter 13 |
| Olga Raytsis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Nov 24, 2025 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergey Raytsis, Olga Raytsis, 64 Sycamore Circle, Albrightsville, PA 18210-3809 |
| 5506481 | + | ADS/COMEMITY/BJSCLUB, P.O. BOX 182120, COLUMBUS, OH 43218-2120 |
| 5506487 | | CAL AUTOMOTIVE, PO BOX 824929, PHILADELPHIA, PA 19182-4929 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 24 2025 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506482 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 24 2025 18:43:00 | AMERICAN HONDA FINANCE, PO BOX 168128, IRVING, TX 75016-8128 |
| 5506498 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 24 2025 18:43:00 | HONDA FINANCIAL SERVICES, PO BOX 65507, WILMINGTON, DE 19808-0507 |
| 5508191 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 24 2025 18:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5506483 | | EDI: TSYS2 | Nov 24 2025 23:44:00 | BARCLAYS, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 5506484 | + | EDI: TSYS2 | Nov 24 2025 23:44:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5506485 | | EDI: TSYS2 | Nov 24 2025 23:44:00 | BARCLAYS BANK DE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5506486 | | EDI: CITICORP | Nov 24 2025 23:44:00 | BEST BUY CREDIT SERVICES, PO BOX 70601, PHILADELPHIA, PA 19176-0601 |
| 5506488 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 5506489 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | CAPITAL ONE, PO BOX 71087, CHARLOTTE, NC 28272-1087 |
| 5506490 | + | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5506491 | + | EDI: CITICORP | Nov 24 2025 23:44:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5506492 | | EDI: CITICORP | Nov 24 2025 23:44:00 | CITIBANK, PO BOX 769004, SAN ANTONIO, TX 78245-9004 |
| 5506493 | + | EDI: CITICORP | Nov 24 2025 23:44:00 | CITIBANK, PO BOX 6181, SIOUX FALLS, SD 57117-6181 |

| | | | | |
|---|---|---|---|---|
| 5506494 | | EDI: WFNNB.COM | Nov 24 2025 23:44:00 | COMENITY - BJ'S, PO BOX 650113, DALLAS, TX 75265-0113 |
| 5511070 | | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5506495 | | EDI: DISCOVER | Nov 24 2025 23:43:00 | DISCOVER, PO BOX 70176, PHILADELPHIA, PA 19176-0176 |
| 5506496 | + | EDI: DISCOVER | Nov 24 2025 23:43:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5507642 | | EDI: DISCOVER | Nov 24 2025 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5506497 | ^ | MEBN | Nov 24 2025 18:41:14 | FIDELITY BROKERAGE SVCS LLC, 900 SALEM STREET, SMITHFIELD, RI 02917-1243 |
| 5506499 | + | EDI: JPMORGANCHASE | Nov 24 2025 23:43:00 | JPMCB AUTO, PO BOX 901003, FORT WORTH, TX 76101-2003 |
| 5510863 | | EDI: JPMORGANCHASE | Nov 24 2025 23:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5506500 | + | EDI: CAPITALONE.COM | Nov 24 2025 23:44:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5514845 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2025 18:52:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5506501 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2025 18:42:00 | PNC BANK, PO BOX 1820, DAYTON, OH 45401-1820 |
| 5513388 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2025 18:42:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5517606 | | EDI: PRA.COM | Nov 24 2025 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5516346 | | EDI: Q3G.COM | Nov 24 2025 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5506502 | | EDI: JPMORGANCHASE | Nov 24 2025 23:43:00 | SUBARU MOTORS FINANCE, C/O CHASE, PO BOX 78232, PHOENIX, AZ 85062-8232 |
| 5506503 | + | EDI: SYNC | Nov 24 2025 23:43:00 | SYNCB/JCPENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 5506504 | + | EDI: SYNC | Nov 24 2025 23:43:00 | SYNCB/TJX COS DC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5506505 | | EDI: SYNC | Nov 24 2025 23:43:00 | SYNCHRONY BANK/JCP, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 5506628 | + | EDI: PRA.COM | Nov 24 2025 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506506 | | EDI: SYNC | Nov 24 2025 23:43:00 | TJX REWARDS / SYNCB, PO BOX 530949, ATLANTA, GA 30353-0949 |
| 5507183 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 24 2025 18:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO Box 8973, Madison, WI 53708-8973 |
| 5506507 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 24 2025 18:43:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5513060 | * | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany, Oh 43054-3025 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Olga Raytsis rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Sergey Raytsis rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Olga Raytsis lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Sergey Raytsis lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Sergey Raytsis<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5198<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Olga Raytsis<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5200<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:  5:22–bk–02213–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sergey Raytsis

Olga Raytsis

11/24/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**