**Fill in this information to identify the case**

Debtor 1  Sergey Raytsis

Debtor 2  Olga Raytsis
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE    District of   PENNSYLVANIA
                                                             (State)

Case number  22-02213

## Form 4100R

### Response to Notice of Final Cure Payment           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1518

**Property address:** 64 Sycamore Cir
         Number        Street

Albrightsville  PA  18210
   City                    State       Zip Code

### Part 2: Prepetition Default Payments

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12/1/2025
                                                      MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

i. Total postpetition ongoing payments due:      (a) $_____

j. Total fees, charges, expenses, escrow, and costs outstanding:    (b) $_____

k. Total. Add lines a and b.      (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   \_\_\_/\_\_\_/\_\_\_\_
                                                      MM/DD/YYYY

| Debtor 1 | Sergey Raytsis | | | Case number (if known) 22-02213 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Adam B. Hall    Date 12/10/2025
   Signature

Print: Adam B. Hall    Title: Attorneys for Creditor

Company: MDK Legal

Address: P.O. Box 165028
   Number    Street

Columbus, OH  43216-5028
City    State    ZIP Code

Contact phone 614-220-5611    Email amps@mdklegal.com

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 22-02213 |
| **Sergey Raytsis** | **Chapter 13** |
| **Olga Raytsis** | **Judge Mark J. Conway** |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **PNC Bank, National Association** | |
| **Movant,** | |
| vs | |
| **Sergey Raytsis** | |
| **Olga Raytsis** | |
| **Jack N Zaharopoulos** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Robert J Kidwell III, Attorney for Sergey Raytsis and Olga Raytsis, rkidwell@newmanwilliams.com

Vincent Rubino, Attorney for Sergey Raytsis and Olga Raytsis, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sergey Raytsis and Olga Raytsis, 64 Sycamore Circle, Albrightsville, PA 18210

/s/ Adam B. Hall